**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-2247**

———————————

DOUGLAS G. ROBERTS, M.D.,

                                        Plaintiff - Appellant,

        versus

TOMMY G. THOMPSON, SECRETARY, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES,

                                        Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-02-1225-AW)

———————————

Submitted:  December 19, 2002      Decided:  December 31, 2002

———————————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Douglas G. Roberts, Appellant Pro Se.  Jennifer Lilore Huesman,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Douglas G. Roberts appeals from the district court's order denying relief in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Roberts v. Thompson, No. CA-02-1225-AW (D. Md. filed Sept. 19, 2002; entered Sept. 20, 2002). We deny Roberts' request for an injunction staying his termination and granting backpay, interest and benefits. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED